TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

 JUDGMENT RENDERED September 4, 2015

 NO. 03-14-00810-CV

 Stephen D. Fox, as next friend of C. F. and M. F., Appellant

 v.

 Mirna Azucena Alberto Perez, Appellee

 APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
 BEFORE Chief Justice Rose, Justices Pemberton and Field
 DISMISSED FOR WANT OF PROSECUTION -- OPINION BY Justice Field

This is an appeal from the interlocutory orderinterlocutory order entered
by the trial court on December 16, 2014. Having reviewed the record, the
Court holds that Stephen D. Fox, as next friend of C.F. and M.F. has not
prosecuted his appeal and did not comply with a notice from the Clerk of
this Court. Therefore, the Court dismisses the appeal for want of
prosecution. The appellant shall pay all costs relating to this appeal,
both in this Court and in the court below.